■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR ELSEVYF, Also Known as VICTOR PASCUAL ELSEVYF, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about April 21, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT GUZMAN, Appellant.—Judgment, Supreme Court, New York County (John Leonforte, J.), rendered on June 20, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GONZALEZ, Appellant.—Judgment, Supreme Court, Bronx County (Herbert Shapiro, J.), rendered on February 25, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Milonas, Kassal, Rosenberger and Rubin, JJ.

■ CBS INC., Appellant, v ZIFF-DAVIS PUBLISHING COMPANY et al., Respondents.—Order, Supreme Court, New York County (Martin Evans, J.), entered on or about July 8, 1988, and judgment of said court entered on August 11, 1988, respectively, unanimously affirmed for reasons stated by Evans, J. Respondents shall recover of appellant one bill of $250 costs and disbursements of these appeals. Concur—Ross, J. P., Carro, Milonas and Rosenberger, JJ.